```
                                              FILED
                                         IN CLERKS OFFICE
              UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS  2015 MAR 16  AM 9 43
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | U.S. DISTRICT COURT |
| | ) | DISTRICT OF MASS. |
| v. | ) | Cr. No. 15cr 10050 |
| | ) | |
| DEMETRIUS WILLIAMS, | ) | |
|     Defendant | ) | |

## INFORMATION

COUNT ONE:   (18 U.S.C. §922(g)(1) – Felon in Possession of Ammunition)

The United States Attorney charges that:

On or about September 28, 2014, at Boston, in the District of Massachusetts,

DEMETRIUS WILLIAMS,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit: one round of Remington Peter .380 caliber ammunition, two rounds of Hornady FTX Critical Defense Cartridge .380 caliber ammunition, and three rounds of Giulio Fiocchi .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

(18 U.S.C. §924(d) and 28 U.S.C. §2461(c))

The United States Attorney further charges that:

1. Upon conviction of the offense alleged in Count One of this Information,

DEMETRIUS WILLIAMS,

defendant herein, shall forfeit to the United States the firearm and ammunition involved in the commission of the offense, pursuant to 18 U.S.C. §924(d), including but not limited to the following:

- (a) a black Smith and Wesson Bodyguard .380 caliber semi-automatic handgun with an obliterated serial number; and

- (b) one round of Remington Peter .380 caliber ammunition, two rounds of Hornady FTX Critical Defense Cartridge .380 caliber ammunition, and three rounds of Giulio Fiocchi .380 caliber ammunition.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

- (a) cannot be located upon the exercise of due diligence;

- (b) has been transferred or sold to, or deposited with, a third party;

- (a) has been placed beyond the jurisdiction of the Court;

- (d) has been substantially diminished in value; or

- (e) has been commingled with other property which cannot be subdivided without difficulty;

2

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney